AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
### for the
### Western District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Case No. 13-MJ- 4010 |
| | ) | |
| PAUL E. DAVIS | ) | |
| | ) | |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of <u>February 6, 2013</u> in the county of <u>Monroe</u> in the Western District of New York, the defendant committed an offense described as follows: knowingly, willfully and intentionally possessing a firearm by a convicted felon in violation of Title 18, United States Code, Section 922(g)(1).

**SEE ATTACHED AFFIDAVIT OF SPECIAL AGENT THOMAS J. SHELTON.**

This criminal complaint is based on these facts:

X   Continued on the attached sheet.

_____
*Complainant's signature*

S/A THOMAS J. SHELTON, ATF
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: <u>February 6 , 2013</u>

_____
*Judge's signature*

City and State: <u>ROCHESTER, NEW YORK</u>

HON. MARIAN W. PAYSON, U.S.M.J.
_____
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

                                                      13-MJ- 4010

        v-                                            AFFIDAVIT

Paul E. DAVIS,
                Defendant.

_____

STATE OF NEW YORK    )
COUNTY OF Monroe      ) SS:
CITY OF Rochester     )


I, Thomas J Shelton, affirm to the following facts:


    1.    I am a Special Agent with the United States Department of
Justice, Bureau of Alcohol, Tobacco, Firearms, & Explosives
(hereinafter designated as ATF), and am assigned to the Rochester,
New York, Field Office.  Your affiant is a graduate of the Criminal
Investigator Training Program and the ATF National Academy, both
located at the Federal Law Enforcement Training Center in Glynco,
Georgia.  Your affiant has been employed as an ATF Special Agent
for approximately twelve years.  Prior to becoming an ATF Special
Agent, your affiant completed the United States Border Patrol
Academy and served as a U.S. Border Patrol Agent for approximately
four years.  Prior to becoming a U.S. Border Patrol Agent, your
affiant graduated from the Rochester Institute of Technology, with
a Bachelors Degree in Criminal Justice.  Your affiant has received
extensive training in both formal settings and on the job settings

in conjunction with firearm and narcotics related investigations. Further your affiant has received training with respect to the provisions of the Federal Firearms and Narcotics Laws administered under Title 18, Title 21 and Title 26 of the United States Code.

## PURPOSE OF AFFIDAVIT

2.    This affidavit is submitted in support of a criminal complaint against Paul E. DAVIS for violations of Title 18, United States Code, Section 922(g)(1) (felon in possession of a firearm). The assertions made herein are based solely upon the personal knowledge of your affiant or upon information I have received from this investigation, including various police reports produced in relation to the investigation and/or arrest of DAVIS, all of which are true and correct to the best of my knowledge and belief. Further, I have had discussions with other law enforcement agents and officers who have confirmed the accuracy of the information contained within this affidavit.

## CRIMINAL HISTORY OF PAUL E. DAVIS

3.    According to his criminal history report, Paul E. DAVIS has two prior felony convictions.  On April 4, 1986, DAVIS was convicted in Monroe County Court, Rochester, New York, of Attempted Robbery in the Second Degree, a class D felony, for which he was

sentenced to 6 months incarceration and 5 years probation.   On April 21, 1987, DAVIS was convicted of Attempted Assault in the Second Degree, a class E felony, for which he was sentenced to 1½-3 years incarceration.   I am aware of nothing demonstrating that DAVIS's right to possess a firearm has been restored.

## ARREST OF PAUL E. DAVIS

4. On several occasions, I have interviewed a confidential source (CS) with knowledge about Paul DAVIS' firearm trafficking activity.   The CS, who has a prior felony conviction, has pled guilty in U.S. District Court for the Western District of New York to conspiracy to possess with intent to distribute, and to distribute, 280 grams or more of cocaine base and is cooperating pursuant to a plea agreement containing a cooperation provision. The information provided by the CS has been corroborated by other independent sources of information, including surveillance, database record checks, other confidential sources, and the seizure of firearms made through recorded and controlled purchases of firearms by the CS.   Accordingly, I believe the CS's information to be accurate and reliable.

5.    On **February 6, 2013**, while in the presence of your affiant, the CS made a recorded telephone call with DAVIS at (585) 880-5687. During the conversation, DAVIS and the CS spoke in code

concerning firearms. DAVIS stated that he had a "nine", a "forty",
a "three eighty", a "nine tec with thirty two rounds", a "ten
millimeter", a "couple of bull dogs a thirty eight, they revolvers."
At approximately 4:45 pm, the CS traveled to 1597 West Ridge Road,
Rochester, New York and met with DAVIS inside of the location.
During this monitored and recorded meeting, DAVIS displayed
approximately ten (10) firearms to the CS and offered to sell them
to the CS. The CS purchased one (1) Taurus International .40
caliber pistol bearing serial number SCU76800 and fifty (50) rounds
of .40 caliber ammunition in exchange for $1,000. The CS then
departed 1597 West Ridge Road and met with law enforcement to turn
over custody of the firearm and ammunition the CS had just
purchased from DAVIS.

7.     After the CS departed 1597 West Ridge Road, agents and
officers maintained surveillance on the location. DAVIS was taken
into custody at approximately 5:57 pm as he exited the location.

## INTERSTATE NEXUS

8. ATF Special Agent Ryan Szwejbka, an expert who has
testified in federal court regarding the origin of manufacture for
firearm, reviewed a description of the seized firearm. Based on
that description, he determined that the firearm was not
manufactured in the State of New York.

# CONCLUSION

6. Based on the above information, your affiant submits there is probable cause to believe that on February 6, 2013, in the City of Rochester, County of Monroe, Western Judicial District of New York, Paul E. DAVIS violated Title 18, United States Code, Section 922(g)(1) (felon in possession of a firearm).

Thomas J. Shelton
Special Agent
Bureau of Alcohol, Tobacco,
Firearms, and Explosives

Sworn to and subscribed to
before me this 6 day of
February, 2013 at Rochester, New York.

HONORABLE MARIAN W. PAYSON
United States Magistrate Judge